# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157129

KAREN WHEATLEY,
      Plaintiff-Appellant,

v

                                        SC: 157129
                                        COA: 338197
                                        Court of Claims:

DEPARTMENT OF CORRECTIONS,         17-000049-MZ
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



                                    Clerk

d0927